8185. WHEELER, by next friend, etc. v. MCLAUGHLIN.

BLOODWORTH, J. The judge did not abuse his discretion in refusing to continue the case; nor did he err in refusing the motion to strike the plea, or in admitting evidence, or in directing a verdict for the defendant.

*Judgment affirmed. Broyles, P. J., and Jenkins, J., concur.*
DECIDED SEPTEMBER 18, 1917.

Complaint; from Ben Hill superior court—Judge George. April 10, 1916.

*Padgett & Watson, C. H. Parker, J. E. Futch,* for plaintiff.
*Merrill & Grantham, Otis H. Elkins,* for defendant.